

# Fourth Court of Appeals
## San Antonio, Texas

April 08, 2013

No. 04-12-00769-CV

**CHESAPEAKE EXPLORATION, L.L.C.,** and Chesapeake Operating, Inc.,
Appellants / Cross-Appellees

v.

MARTHA ROWAN **HYDER**, Individually and as Independent Executrix and Trustee under the
Will of Elton M. Hyder, Jr., Deceased, and as Trustee under the Elton M. Hyder Jr. Residuary
Trust, and as Trustee of the Elton M. Hyder Jr. Marital Trust, Hyder Minerals, Ltd., Brent
Rowan Hyder, Individually and as Trustee under the Geoffrey Hyder Trust, and as Trustee under
the Charles Hyder Trust, Whitney Hyder More, Individually and as Trustee under the Elton
Matthew Hyder IV Trust and as Trustee under the Samuel Douglas More Trust, and as Trustee
under the Lili Lowdon Hyder Trust, and as Trustee under the Peter Rowan More Trust,
Appellees / Cross-Appellants

From the 17th District Court, Tarrant County, Texas
Trial Court No. 17-244547-10
Honorable Melody M. Wilkinson, Judge Presiding

# O R D E R

In this appeal, the trial court signed a judgment on August 7, 2012. Appellants
Chesapeake Exploration. L.L.C. and Chesapeake Operating, Inc. timely filed a notice of appeal;
Cross-Appellants Martha Rowan Hyder and others timely filed a notice of cross-appeal. The
appellate record was complete on March 20, 2013. Appellants' and Cross-Appellants' briefs are
due on April 19, 2013. On April 3, 2013, the parties filed a joint motion to establish a
consolidated briefing schedule.

The parties' joint motion is GRANTED. The parties shall file their briefs according to
the following schedule:

| Due Date | Appeal | Cross-Appeal |
|---|---|---|
| May 24, 2013 | Appellants' opening brief | |
| June 28, 2013 | Appellees' response brief | Cross-Appellants' opening brief |
| July 19, 2013 | Appellants' reply brief | Cross-Appellees' response brief |

| August 8, 2013 | | Cross-Appellants' reply brief |
|---|---|---|

The parties shall combine their briefs into a maximum of two briefs per side as follows:

1. an Appellants' brief,
2. a combined Appellees' brief and Cross-Appellants' brief,
3. a combined Appellants' reply and Cross-Appellees' brief, and
4. a Cross-Appellants' reply brief.

The briefs shall comply with the length and content requirements established by the applicable Rules. *See, e.g.*, TEX. R. APP. P. 9.4(i), 38.1, 38.2, 38.3. Given the court's approval of the parties' joint motion for the requested due dates, the court does not expect to entertain motions to extend the filing deadlines. *See, e.g.*, TEX. R. APP. P. 10.5(b), 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2013.

Keith E. Hottle, Clerk of Court